IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PAUL HENDLEY,                          )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )   No. 06 C 6885
                                       )
CITY OF WAUKEGAN, et al.,              )
                                       )
            Defendants.                )

## MEMORANDUM ORDER

S. Alejandro Dominguez ("Dominguez") has filed his Answer to the Complaint filed by Paul Hendley against Dominguez and the City of Waukegan. Because Answer ¶¶3, 12, 15, 21, 24-26, 29, 31 and 32 fail to conform to the disclaimer called for by the second sentence of Fed. R. Civ. P. 8(b)(see App. ¶1 to <u>State Farm Mut. Auto. Ins. Co. v. Riley</u>, 199 F.R.D. 276, 278 (N.D. Ill 2001)), those paragraphs are stricken. Dominguez is ordered to file an appropriate amendment to the Answer (or, at his option, a self-contained Amended Answer) on or before March 23, 2007.

_____
Milton I. Shadur
Senior United States District Judge

Date:  March 13, 2007